435 A.2d 646

Commonwealth v. Strickler, Appellant.

Commonwealth v. Strickler, III, Appellant.

Petition for Allowance of Appeal Denied March 2, 1982.

Submitted February 10, 1981. James Irwin, for appellants; Patrick Mahady, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Judgment of sentence affirmed.